UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COINBASE, INC.,

                    Petitioner,

-against-

DAVID SHERRER,

                    Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2024
```

24 Civ. 7427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 1, 2024, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **October 23, 2024**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **November 6, 2024**, Respondent shall file his opposition; and

3. Petitioner's reply, if any, is due by **November 20, 2024**.

    IT IS FURTHER ORDERED that by **October 16, 2024**, Petitioner shall serve a copy of the petition and this order upon Respondent. By **October 23, 2024**, Petitioner shall file an affidavit of such service.

    SO ORDERED.

Dated: October 7, 2024
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge