**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COINBASE, INC.,

                   Petitioner,                      24 **CIVIL** 7427 (AT)

      -against-                                  **JUDGMENT**

DAVID SHERRER,

                   Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 25, 2024, Coinbase's petition to confirm the Award dismissing with prejudice Sherrer's claims under the EFTA is GRANTED. Judgment is hereby entered in favor of Petitioner and the case is closed.

**Dated**: New York, New York
       November 26, 2024

                                     DANIEL ORTIZ
                           _____
                            **Acting Clerk of Court**

           **BY:**    _____
                              **Deputy Clerk**